FILED

06/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0146

Michael Klinkhammer
Klinkhammer Law Offices
P.O. Box 9137
Kalispell Montana 59901
Telephone: 406.257.7277
Facsimile: 888.414.1015
Email: mklinkhammer@montanadsl.net
License: 2516

Attorney for Appellant

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0146

TYLER FREDERICK ERICKSON,

      Appellant,

      v.

STATE OF MONTANA

      Appellee.

**ORDER GRANTING UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE APPELLANT'S OPENING BRIEF**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UPON Receipt of UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE APPELLANT'S OPENING BRIEF, opposing counsel having been contacted and having no objection and good cause shown;

IT IS HEREBY ORDERED that the Appellant's unopposed motion is GRANTED.

Dated this 6th day of June, 2022.

                                _____
                                Clerk, Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 7 2022